LLOYD HAAS v. TOWNSHIP OF RARITAN.

November 27, 1973. Cross-petition for certification denied.

HENRY PRATSCHER v.
E. I. DuPONT de NEMOURS AND CO., INC.

November 27, 1973. Petition for certification denied.

NICHOLAS D. HODAK v. S. J. GROVES AND SONS, CO.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY La MANNA.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN ALSTON.

November 27, 1973. Petition for certification granted.

STATE OF NEW JERSEY IN THE INTEREST OF M. L.

November 27, 1973. Petition for certification granted.